IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 11-cr-00276-LTB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JUAN SOLORZANO-RAMON,

 Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED: January 03, 2012**

 Detention and Arraignment & Discovery Hearing set for January 04, 2012 at 11:00 a.m. is **VACATED** and rescheduled to January 04, 2012 at **1:00 p.m.**